UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:16-cr-00007-JAR |
| | ) | |
| PEDRO INFANTE-RIVERA, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This matter is before the Court on Defendant Pedro Infante-Rivera's Motions to Dismiss the Indictment (Docs. 21, 22, 29). Pursuant to 28 U.S.C. § 636(b), the matter was referred to United States Magistrate Judge Abbie Crites-Leoni, who filed a Report and Recommendation on July 22, 2016, recommending that Defendant's motions be denied (Doc. 50). Defendant filed objections to the Report and Recommendation on August 5, 2016 (Doc. 53). The Court finds that the Magistrate Judge's conclusions are supported by the evidence and the law: further, that Defendant Infante-Rivera's objections are not persuasive. After de novo review of this matter, the Court adopts the Magistrate Judge's recommendations. Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge (Doc. 50) is **SUSTAINED, ADOPTED, AND INCORPORATED** herein.

**IT IS FURTHER ORDERED** that the Motions to Dismiss (Docs. 21, 22, 29) are **DENIED.**

Dated this 16th day of August, 2016.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE